IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOHNNIE LEE SAVORY II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2082 |
| ) | |
| KEVIN W. LYONS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DECLARATION OF MARCELLA TEPLITZ

Marcella Teplitz declares as follows:

1. I am a licensed Private Detective, Illinois License No. 115-001022. I do business at 331 Fulton, Suite 525, Peoria, IL, 61602-1499 under the name Teplitz & Co.

2. In April 2005, the law firm of Jenner & Block LLP hired me to accomplish service of process of a summons and complaint on the defendants to a lawsuit filed by Johnnie Lee Savory, II against the Peoria County State's Attorney Kevin W. Lyons, the City of Peoria, and the Chief of the Peoria Police Department, Gary Poynter. The lawsuit was initially filed in the Peoria Division of the United States District Court for the Central District of Illinois and assigned Docket No. 05-1105.

3. On April 5, 2005 at approximately 11:00 a.m., I went to the offices of the Peoria County State's Attorney Kevin W. Lyons, a defendant in the lawsuit, at the Peoria County Courthouse, 324 Main Street, Room 111, Peoria, Illinois 61602.

4. At Mr. Lyons' office I presented myself to the receptionist on duty, Sue McGhee, and informed her that I had a summons and complaint to serve on Kevin W. Lyons.

1

5. Upon learning that I had a summons and complaint to serve on Mr. Lyons, Ms. McGhee telephoned an unidentified individual for instructions regarding how she should handle the summons and complaint. After completing the telephone call, Ms. McGhee stated that she was authorized to accept service on behalf of Mr. Lyons.

6. Based on Ms. McGhee's representations, I left a copy of the Summons and Complaint with Ms. McGhee.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: *May 3, 2005*

*Marcella Teplitz*
Marcella Teplitz