## AFFIDAVIT OF INVESTIGATOR

United States District Court    CASE NUMBER 05-1105

Northern District of Illinois

Johnnie Lee Savory II    V.    Kevin W. Lyons et al.

| [plaintiff/petitioner] | vs | defendant/respondent] |

I  Ross B. Radke  , depose and say that:

I attempted personal service of a summons in a civil action on Kevin W. Lyons at his abode 7116 N. Windchime Court, Peoria, IL on 05/04/05 at 11:40 A.M.

I spoke to Mr. Lyons at this time and he identified himself to me as being the person named in this action. He told me that "You have served me at my office!" and abruptly closed the door in my face. I knocked again and again with no additional response.

I have since sent copies of this summons and complaint to Mr. Lyon's office and abode on 05/05/05 via U.S.P.S. Mr. Lyons was subsitute served at his office on 04/28/05 through Lynden D. Schmidt, Civil Assistant States Attorney.

Illinois Licensed Private Detective #115-001766

_____
INVESTIGATOR'S SIGNATURE

Subscribed and sworn before me, a notary public, this Fifth day of May 20 05

_____
NOTARY

OFFICIAL SEAL
DEBBIE L. RADKE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-6-2006