E-FILED
Friday, 27 May, 2005 01:32:58 PM
Clerk, U.S. District Court, ILCD

## AFFIDAVIT OF PROCESS SERVER

United States District Court      CASE NUMBER 05-1105

Northern Illinois Division        JUDICIAL CIRCUIT _____

Johnnie Lee Savory II      V.      Kevin W. Lyons, et al.

[plaintiff/petitioner]         vs        defendant/respondent]

I __Jeffrey Holmes__, depose and say that:

**SERVICE:** I served __Kevin W. Lyons__

With the __Summons In A Civil Action__

By serving __Lynden Schmidt/Civil Asst. States Attorney__
[relationship/title]

**DESCRIPTION:** RACE/ White    GENDER/ Female   APPROX.AGE/ 40
**ADDRESS:** Peoria County Courthouse, 324 Main St. Room 11, Peoria, IL
AT [ ] HOME
    [X] BUSINESS     ON __04-28-05__   AT __1:25 P.M.__

**MANNER OF SERVICE:**
[ ] By personally delivering copies to the person to be served.
[X] By leaving copies with the registered agent, officer, or agent of the corporation, or partnership found in the state.
[ ] By leaving copies at the usual place of abode of the person being served, with a person 13 years or upward, and informing that person of the contents thereof and further sending a copy in a sealed envelope with postage fully prepaid, addressed to the individual defendant at his usual place of abode. [Date copy mailed_____]
[ ] By posting copies in a conspicuous manner to the address of the person /entity served.

**NON-SERVICE:** After due search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served because of the following reasons:

| | |
|---|---|
| [ ] Unknown at address | [ ] Evading |
| [ ] Moved, left no forwarding | [ ] Address does not exist |
| [ ] Service cancelled by litigant | [ ] Return date expired |

Illinois Licensed Private Detective Agency

#117-001230

SERVER SIGNATURE

Subscribed and sworn before me, a notary public this 28th day of April 20 05

"OFFICIAL SEAL"
ROSS B. RADKE
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 11/01/2008