**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| **JOHNNIE LEE SAVORY II,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-2082 |
| ) | |
| **KEVIN W. LYONS,** in his official capacity as ) | |
| the State's Attorney for Peoria County Illinois, ) | |
| **CITY OF PEORIA, GARY POYNTER,** in ) | |
| his official capacity as Chief of Police of City ) | |
| of Peoria, **ROBERT SPEARS,** in his official ) | |
| capacity as Clerk of the Peoria County Circuit ) | |
| Court, and **PEORIA COUNTY, ILLINOIS,** ) | |
| ) | |
| Defendants. ) | |

# OPINION

On August 25, 2005, Magistrate Judge Bernthal submitted a Report and Recommendation (#32) to this court, recommending that the Motions to Dismiss filed by Defendants Kevin Lyons, Robert Spears, and Peoria County be granted. On September 8, 2005, Plaintiff Johnnie Lee Savory II filed his Objections (#34) and a Memorandum in Support (#35). Defendants City of Peoria and Gary Poynter also filed Objections (#33) on September 2, 2005. Defendants Lyons, Spears, and Peoria County filed their Response to the Objections (#36) and a Memorandum in Support (#37) on September 21, 2005. This court has reviewed the Magistrate Judge's reasoning, the Objections, and the Response to the Objections. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant Lyons' Motion to Dismiss (#23) is GRANTED.

(2) Defendant Spears' Motion to Dismiss (#25) is GRANTED.

(3) Defendant Peoria County's Motion to Dismiss (#27) is GRANTED.

(4) Defendants' alternative Motions for More Definite Statement (#23, #25, #27) are denied as MOOT.

(5) Defendants Lyons, Spears, and Peoria County are terminated as parties to this litigation.

(6) The Motion to Dismiss (#21) filed by Defendants City of Peoria and Gary Poynter remains pending.

(7) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 28th day of September, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE