**E-FILED**
Monday, 07 November, 2005  10:34:36 AM
Clerk, U.S. District Court, ILCD

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| **JOHNNIE LEE SAVORY II,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 05-2082** |
| | ) | |
| **KEVIN W. LYONS, in his official capacity as** | ) | |
| **the State's Attorney for Peoria County Illinois,** | ) | |
| **CITY OF PEORIA, and GARY POYNTER, in** | ) | |
| **his official capacity as Chief of Police of City** | ) | |
| **of Peoria,** | ) | |
| **Defendants.** | ) | |
| | ) | |

## OPINION

On October 5, 2005, the Magistrate Judge filed a Report and Recommendation (#40) in the above cause.  The Magistrate Judge recommended that the Motion to Dismiss filed by Defendants Gary Poynter and City of Peoria be GRANTED in its entirety as to Defendant Poynter and GRANTED in part and DENIED in part as to Defendant City of Peoria.

On October 19, 2005, Defendant City of Peoria filed its Objections (#43) to the Report and Recommendation and a Memorandum in Support (#44).  Plaintiff filed a Response (#47) to these Objections on November 2, 2005.  Plaintiff also filed Objections (#45) and a Memorandum in Support (#46) on October 25, 2005.  This court has reviewed the Magistrate Judge's reasoning and the objections.  After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) The Motion to Dismiss (#21) filed by Defendants Gary Poynter and City of Peoria is GRANTED in its entirety as to Defendant Poynter and GRANTED in part and DENIED in part as to Defendant City of Peoria.  Defendant Poynter is terminated as a party to this litigation.  Counts I, II, III, IV, and VII are dismissed against Defendant City of Peoria.  Counts V and VI remain pending.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 7th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE