**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **JOHNNIE LEE SAVORY II,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 05-2082 |
| ) | |
| **KEVIN W. LYONS,** in his official capacity as ) | |
| the State's Attorney for Peoria County Illinois, ) | |
| **CITY OF PEORIA, and GARY POYNTER,** in ) | |
| his official capacity as Chief of Police of City ) | |
| of Peoria, **ROBERT SPEARS,** in his official ) | |
| capacity as Clerk of the Peoria County Circuit ) | |
| Court, and **PEORIA COUNTY, ILLINOIS,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**OPINION**

On December 13, 2005, the Magistrate Judge filed a Report and Recommendation (#49) in the above cause. The Magistrate Judge recommended that the Motion to Dismiss filed by Defendants City of Peoria and Gary Poynter be GRANTED. On December 27, 2005, Plaintiff filed his Objections (#50) to the Report and Recommendation. This court has reviewed the Magistrate Judge's reasoning and the objections. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendants' Motion to Dismiss (#39) is GRANTED.

(2) This case is terminated.

ENTERED this 28th day of December, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE