# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF RECORD RETURN

**DATE:** February 28, 2007

**TO:** John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

**FROM:** Clerk of the Court

**RE:** 06-1296
Savory, Johnnie L. v. Lyons, Kevin W.
05 C 2082, Michael P. McCuskey, Chief Judge

**FILED**

MAR - 1 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

The mandate or agency closing letter in this cause issued on 12/27/06.

Returned herewith is the record which was transmitted to this court.

**ENCLOSED:**

| | |
|---|---|
| [ ]  | Volumes Administrative Record |
| [2]  | Volumes Pleadings |
| [ ]  | Volumes Loose Pleadings |
| [ ]  | Volumes Transcripts |
| [ ]  | Volumes Exhibits |
| [ ]  | Volumes Depositions |
| [ ]  | In Camera material |
| [ ]  | Other:_____ |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------------------------------------

Received above record from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: ____3/1/07____                    s/V. Ball
                                        Deputy Clerk, U.S. District Court
(1073-042591)                           or Agency Representative